UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA WHITE<br><br>Plaintiff,<br><br>v.<br><br>B. BRAUN MEDICAL, INC. et al.<br><br>Defendants. | Case No.: 19cv328-LAB (AGS)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 23) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** and the parties shall each bear their own costs and attorney's fees. All pending motions are **DENIED AS MOOT** and all pending dates are **VACATED**.

**IT IS SO ORDERED**.

Dated: February 6, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge